Mary Elizabeth Galvan
Wyoming State Bar No. 5-1879
Galvan & Fritzen
An Association of Sole Practitioners
417 E. Fremont Street
P. O. Box 1071
Laramie, Wyoming 82073-1071
(307) 745-7091
(307) 745-7094 (fax)
mgalvan@wyoming.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DION CUSTIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil No. 12-CV-214F |
| DIANE LOZANO, DIRECTOR, ) | |
| WYOMING PUBLIC DEFENDER'S OFFICE, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

THE PLAINTIFF, Dion Custis, by and through his attorney, hereby moves this Court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, for an order dismissing the above entitled action without prejudice. Plaintiff advises this Court that counsel for Defendants has been consulted and has advised his counsel that she has no objection to the dismissal of this action.

Dated this 4th day of September, 2013.

Attorney for Plaintiff:

_____
Mary Elizabeth Galvan
Wyoming State Bar No. 5-1879
Galvan & Fritzen
An Association of Sole Practitioners
417 E. Fremont Street
P. O. Box 1071
Laramie, Wyoming 82073-1071
(307) 745-7091
mgalvan@wyoming.com

CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court via the electronic filing system, to be served on the Defendant as registered CM/ECF users at the following e-mail addresses:

Patricia Lyn Bach
Wyoming Attorney General's Office
tricia.bach@wyo.gov

_____
Mary Elizabeth Galvan